UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBIN MICHELE BOULE,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. CV-19-051-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED The Commissioner's decision to deny Boule's claim for disability and disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning November 17, 2015.

 Dated this 27th day of August 2021.

         TYLER P. GILMAN, CLERK

         By: /s/ Heidi Gauthier
         Heidi Gauthier, Deputy Clerk